## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**UNITED STATES OF AMERICA**,

        Plaintiff,                Case No.  01-CR-81028-01

v.

                                      Hon.  Arthur J. Tarnow

**WARNER CRIDER**,

        Defendant.

_____

## INDEX OF EXHIBITS

1. April 6, 2020, letter to warden

2. COVID-19 Cases and Deaths in Federal and State Prisons, JAMA July 8, 2020

3. Persistent Symptoms in Patients After Acute COVID-19, JAMA July 9, 2020